```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Joseph Davis

    v.                                                                Case No. 24-cv-315-LM-AJ

USA

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 6, 2025. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The federal respondent's motion to dismiss (document 4) is granted, and this case is dismissed, in its entirety, as moot.

                                                             _____
                                                             Landya B. McCafferty
                                                             United States District Judge

Date: April 28, 2025

cc:   Joseph Davis, pro se
       Counsel of Record